IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                           INDICTMENT

KEITH EDWARD OLMEDA                    1:09CR30 SPM/AK
_____/

THE GRAND JURY CHARGES:

COUNT ONE

That on or about August 11, 2006, in the Northern District of Florida, the defendant,

**KEITH EDWARD OLMEDA,**

did knowingly and intentionally use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely images identified by the file names MPEG0063.ASF and MPEG0061.ASF, knowing and having reason to know that such visual depictions were produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

Filed 0923'09 USDcFlnl PM0208

## COUNT TWO

That on or about August 19, 2006 , in the Northern District of Florida, the defendant,

## KEITH EDWARD OLMEDA,

did knowingly and intentionally use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely images identified by the file name MPEG0067.ASF, knowing and having reason to know that such visual depictions were produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT THREE

That on or about August 26, 2006, in the Northern District of Florida, the defendant,

## KEITH EDWARD OLMEDA,

did knowingly and intentionally use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely images identified by the file names MPEG0069.ASF, knowing and having reason to know that such visual depictions were produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT FOUR

That on or about September 3, 2006, in the Northern District of Florida, the defendant,

### KEITH EDWARD OLMEDA,

did knowingly and intentionally use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely images identified by the file names MPEG0071.ASF, MPEG0073.ASF, and MPEG0076.ASF, knowing and having reason to know that such visual depictions were produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT FIVE

That on or about September 10, 2006, in the Northern District of Florida, the defendant,

### KEITH EDWARD OLMEDA,

did knowingly and intentionally use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely images identified by the file name MPEG0080.ASF , knowing and having reason to know that such visual depictions were produced using materials that

have been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## CRIMINAL FORFEITURE

The allegations contained in Counts One through Five of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

From his engagement in the violations charged in this Indictment, punishable by imprisonment for more than one year, the defendant,

## KEITH EDWARD OLMEDA,

shall forfeit to the United States, pursuant to Title 18 United States Code, Section 2253, all of his interest in:

    A.    Any visual depiction described in Title 18, United States Code, Section 2252, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251 through 2258;

    B.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and

    C.    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses.

If any of the property described above as being subject to forfeiture, as a result of acts or omissions of the defendant:

    i.    cannot be located upon the exercise of due diligence;

    ii.    has been transferred, sold to, or deposited with a third party;

    iii.    has been placed beyond the jurisdiction of this Court;

    iv.    has been substantially diminished in value; or

    v.    has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(o), to seek forfeiture of any other property of the defendant, up to the value of the above forfeitable property.

All pursuant to Title 18, United States Code, Section 2253.

*[signature: Thomas F. Kirwin]*
THOMAS F. KIRWIN
United States Attorney

*[signature]*
F. T. WILLIAMS
Assistant United States Attorney

*[Redacted]*