IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  Case Nos.  1:09cr30-MW/GRJ
         1:12cv109-MW/GRJ

KEITH OLMEDA,

    Defendant.

_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No.53, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 56.  Accordingly

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections as this Court's opinion. The Clerk shall enter judgment stating, "The motion to vacate, set aside, or correct sentence, ECF No. 44, is **DENIED**.  A certificate of appealability is **DENIED**."   The Clerk shall close the file.

SO ORDERED on December 9, 2014.

                                                   s/Mark E. Walker                
                                                   **United States District Judge**