IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

v.                                                    Case No.  1:09cr30-MW/GRJ

**KEITH EDWARD OLMEDA,**

   **Defendant/Petitioner.**
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 62, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 63.   Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion.   The Clerk shall enter judgment stating, "Petitioner's Motion for 28 U.S.C. § 2255(a) Relief Based upon Johnson v. United States, 135 S. Ct. 2251 (2015), ECF No. 59, is **SUMMARILY DISMISSED** as this Court lacks jurisdiction to consider the motion.  A certificate of appealability

1

is **DENIED**." The Clerk shall close the file.

    **SO ORDERED on September 29, 2016.**

                                      <u>**s/Mark E. Walker**</u>              \_\_\_\_
                                      **United States District Judge**